(No. 6043–)

ROBERT L. MEYER, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

ROBERT L. MEYER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6045–)

GEORGE A. CONN, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATION EDUCATION AND REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

GEORGE A. CONN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.